(SPACE BELOW FOR FILING STAMP ONLY)

**ERIC H. SCHWEITZER #179776**
**SCHWEITZER & DAVIDIAN,** *APC*
620 DeWitt Avenue, Suite 102
Clovis, California 93612
Phone: 559-322-1500
Fax:   559-322-1551

ATTORNEY FOR: **YADWINDER SINGH**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * * * * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     **Plaintiff,**   vs. **YADWINDER SINGH,**     **Defendant.** | Case No.: **1:11-CR-00275-003 LJO** <br><br> **STIPULATION AND ORDER TO CONTINUE OCTOBER 29, 2012, SENTENCING HEARING** <br><br> *Hon. Lawrence J. O'Neill*  **D-4** |

**TO THE HONORABLE LAWRENCE J. O'NEILL:**

**IT IS HEREBY STIPULATED** by and between the parties hereto, by and through their representative attorneys of record, that the Sentencing Hearing regarding Defendant Singh, presently scheduled for hearing on Monday, October 29, 2012, at 8:30 a.m., in Courtroom 4, be continued to **Monday, November 19, 2012, at 8:30 a.m., in Courtroom 4** - subject to a new Disclosure Schedule issued by the United States Probation Office.

This stipulation is based on good cause, as Mr. Schweitzer will have insufficient time to prepare Informal Objections to the Probation Report or a Formal Objection filed with Court - should it be necessary since the Probation Report has not yet been filed.

///

1

**United States v. Yadwinder Singh** - Stipulation and Order

The delay in the filing of the report was in part due to Mr. Schweitzer's unavailability (due to a trial at the Fresno County Superior Court lasting over one month) as well as calendering conflicts with Mr. Schweitzer, Ms. Kirk of the United States Probation Office, and Mr. Rama Dawar (an interpreter).

The Government is available to proceed with the Sentencing Hearing on **November 19, 2011, at 8:30 a.m., in Courtroom 4,** subject to new Disclosure Schedule issued by the United States Probation Office.

The delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §3161(h)(7)(A) and §3161(h)(7)(B)(ii).

Dated: October 15, 2012.               Respectfully submitted,
                                       SCHWEITZER & DAVIDIAN, APC.


                                   By: /s/ ERIC H. SCHWEITZER
                                       ERIC H. SCHWEITZER
                                       Attorney for Defendant,
                                       YADWINDER SINGH


Dated: October 15, 2012.               UNITED STATES ATTORNEY


                                   By: /s/ HENRY Z. CARBAJAL III
                                       HENRY Z. CARBAJAL III
                                       Assistant U.S. Attorney

**ORDER**

Good cause appearing therefor,

**T**he Sentencing Hearing currently set for <u>October 29, 2012, at 8:30 a.m., in Department 4</u>, is vacated and is calendared for **November 19, 2012, at 8:30 a.m., in Department 4.**

A new Disclosure Schedule is to be prepared by the Untied States Probation Office.   No further continuances.

IT IS SO ORDERED.

**Dated:   October 16, 2012**              /s/ Lawrence J. O'Neill
                             UNITED STATES DISTRICT JUDGE

3

**United States v. Yadwinder Singh** - Stipulation and Order