BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
GRANT B. RABENN
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00275 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | SENTENCING HEARING; |
| | ) | ORDER THEREON |
| YADWINDER SINGH, | ) | Date: December 10, 2012 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Dept: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for November 19, 2012, at 8:30 a.m. is continued to **December 10, 2012, at 8:30 a.m.**

The continuance of the sentencing hearing is being requested by the Government to facilitate the filing and consideration of its informal objections and, if applicable, formal objections to the Pre-Sentence Investigation Report ("PSR") according to the deadlines set

**Stipulation to Continue Sentencing Hearing;**
**[Proposed] Order Thereon**

by Local Rule.  The current sentencing hearing is scheduled for November 19, 2012.  However, the PSR was sent to the parties by the Probation Office on October 31, 2012.  A new sentencing date of December 10, 2012 would afford the parties the full Local Rule time period for submitting informal objections to the PSR and, if necessary, formal objections to the Court.  The undersigned Assistant United States Attorney has communicated with defense counsel and he has no objection to continuing the sentencing hearing to December 10, 2012 at 8:30 a.m.

Dated: November 6, 2012          /s/Eric H. Schweitzer
                                 ERIC H. SCHWEITZER
                                 Attorney for Defendant
                                 YADWINDER SINGH

Dated: November 6, 2012          BENJAMIN B. WAGNER
                                 United States Attorney

                             By: /s/Henry Z. Carbajal III
                                 HENRY Z. CARBAJAL III
                                 Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   November 7, 2012**          **/s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE

**Stipulation to Continue Sentencing Hearing;**
**[Proposed] Order Thereon**                 2